UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND
Northern Division

UNITED STATES OF AMERICA,

        Plaintiff,

   - against -                                      Civil No.

ONE 2009 HONDA ACCORD
VIN # 1HGCP36809A021589 and
ONE 2003 HUMMER SUV
VIN # 5GRGN23U83H120255

        Defendant.

------------------------------X

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, United States of America, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1.    This is a civil forfeiture action against two vehicles involved in violations of the Controlled Substances Act that is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

### THE DEFENDANTS IN REM

2.    The defendant property consists of one 2009 Honda Accord, VIN number 1HGCP36809A021589 registered in Virginia and one 2003 Hummer SUV, VIN number

5GRGN23U83H120255 registered in Maryland to Central Steel Supply Inc[1]. (collectively, the "Defendant Property").

3. The Defendant Honda was seized on March 31, 2010 from 11520 Southern Maryland Blvd, Dunkirk, Maryland.

4. The Defendant Hummer was seized on April 29, 2010 from 12120 Dunleigh Court, Dunkirk, Maryland.

## JURISDICTION AND VENUE

5. Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Property. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881(a)(4).

6. This Court has *in rem* jurisdiction over the Defendant Property under 28 U.S.C. § 1355(b).

7. Venue is proper in this district pursuant to 28 U.S.C. §1355(b)(1), because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

8. The Defendant Property is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) as vehicles used, or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

---

[1] Central Steel Supply Inc.'s finances are controlled by Grace Marie Bellosi Mitchell who resides at 12120 Dunleigh Court, Dunkirk, Maryland .

## FACTS

9.      On March 31, 2010, officers of the Calvert County Sheriff's Department executed a search warrant at 11520 Southern Maryland Blvd, Dunkirk, Maryland.

10.     Upon searching the Defendant Honda, which was covered under the scope of the search and seizure warrant, the following was found in the trunk:

i.      $4,000 in United States Currency
ii.     (27) LIDODERM LIDOCAINE PATCHES 5%
iii.    (1) FENTANYL PATCH 75 MG
iv.     (27) MYLAN FENTANYL PATHCES 100 MG
v.      (50) TEN PACKS OF FIVE FLECTOR PATCHES
vi.     (12) PROPO-N/APAP 100-650 TABS (generic for Darvocet)
vii.    (84) ADDERALL 30 MG
viii.   ONE BOTTLE CONTAINING (1) TENUATEDOSPAN 75 MG; (1) UNKNOWN BLUE PILL; (3) MERIDIA 15 MG; (63) PINK ADDERALL; and (11) ORANGE ADDERALL
ix.     (107) ENDOCET 10/325 MG
x.      (50) SEROQUEL 25 MG
xi.     ONE BOTTLE CONTAINING (51) DIETHYLPROPION 75 MG and (5) MERIDIA 15 MG
xii.    ONE BOTTLE CONTAINING (8) VICODIN; (1) ADDERALL; and (2) TEETH
xiii.   (247) SEROQUEL 100 MG
xiv.    (77) METHADONE 10 MG
xv.     (179) OXYCODONE 30 MG
xvi.    (26) HYRDOCO/APAP 10-500 MG
xvii.   (121) HYDROCODONE 10-500 MG
xviii.  (85) METHODONE 10 MG
xix.    (110) METHODONE 10 MG
xx.     (120) ADDERALL 30 MG
xxi.    (90) ADDERALL 30 MG
xxii.   (180) HYDROCODONE 10 MG

    xxiii.  (88) ADDERALL 30 MG
    xxiv.  (9) VIAGRA 100 MG
    xxv.  (160) METHODONE 10 MG

11. During the search of the residence located at 11520 Southern Maryland Blvd, the following was found in a safe located in the master bedroom:

    i.  (61) MYLAN FENTANYL PATCHES 100 MG
    ii.  (13) SANDOZ FENTANYL PATCHES 75 MG
    iii.  (3) WATSON FENTANYL PATCHES 75 MG
    iv.  (21) WATSON FENTANYL PATCHES 100 MG
    v.  (22) LIDODERM LIDOCAINE PATCHES 5%
    vi.  PLASTIC BAG CONTAINING (20) SUBOXONE 8 MG
    vii.  (2) BOTTLES LIQUID HYDROCODONE 1 OZ.
    viii.  (120) OXYCONTIN 80 MG
    ix.  (93) OXYCONTIN 60 MG
    x.  (106) RISPERIEONE .25 MG
    xi.  45 OXYCODONE 30 MG
    xii.  ONE BOTTLE CONTAINTING (27) MYLAN A and (25) MYLAN A4
    xiii.  (180) ADDERALL 30 MG
    xiv.  (60) HYDROXYZ PAM 50 MG
    xv.  (81) OXYCODONE 10 MG
    xvi.  (137) METHADONE 10 MG
    xvii.  ONE BOTTLE CONTAINING (88) ADDERALL (PINK) and (43) ADDERALL 20 MG (ORANGE)
    xviii.  (3) BOTTLES OF CYANOCOBALAMIN 1000 MCG

12. During the search of 11520 Southern Maryland Blvd, a safe was found in a shed. Officers were unable to open the safe while at the property and thus transported the safe to another location to be opened.

13. Inside the safe, the following items were found:

      i.       $3,885.00 in United States Currency
      ii.      13 grams of Marijuana
     iii.     1.10 plastic bags containing 114 grams of Cocaine.

14. On March 31, 2010 officers of the Calvert County Sheriff's Department executed a search warrant at 12120 Dunleigh Court, Dunkirk, Maryland.

15. During the search of 12120 Dunliegh Court, Dunkirk, Maryland the following was found in a large safe in the master bathroom:

      i.     ONE EMPTY BOTTLE OF OXYCODONE
     ii.     One bottle containing (1) HYDROCODONE 10MG; (1) ADDERALL 10MG; (2) PROMETHAZINE; (2) IBUPROPEN; and (1) CHX 1.0
    iii.    (145) OXYCONTIN 80MG
    iv.    (118) METHADONE 10MG
     v.     PLASTIC BAGGIE CONTAINING (25) PERCOCET 5MG
    vi.    (74) HYDROCODONE 10MG
   vii.    ONE EMPTY BOTTLE PHENTERMINE
  viii.   ONE EMPTY BOTTLE HYDROCODONE
    ix.    (86) HYDROCODONE 10MG
     x.     ONE PLASTIC BAGGIE CONTAINING 6 GRAMS MARIJUANA
    xi.    ONE PELOUZE DIGITAL SCALE

16. Also found were the following written prescriptions:

      i.     (90) OXYCONTIN 80 MG to James Bellosi, March 23, 2010
     ii.    (180) OXYCODONE 30 MG to James Bellosi, March 23, 2010
    iii.    (120) OXYCODONE 30 MG to Yvonne Bellosi, March 23, 2010
    iv.    (360) OXYCODONE 30 MG to James Bellosi, March 26, 2010

17. Additionally, $2,113.00 in United States Currency was found in a small safe in the master bathroom and five (5) grams of marijuana was found in the basement bedroom.

18.     On April 29, 2010, the Defendant Hummer was seized pursuant to a state issued seizure warrant based upon what was found during the March 31, 2010 search of 11520 Southern Maryland Blvd, Dunkirk, Maryland and 12120 Dunliegh Court, Dunkirk, Maryland.

19.     During the inventory search of the Defendant Hummer, the following scripts were found in a baby diaper located in the driver side door pouch:

      i.    PERCOCET 10/325 to Enrick Bellosi, March 28, 2010
      ii.   FENTANYL 100MCG to Yvonne Bellosi, March 28, 2010 (script written to receive two boxes- 10 patches each box)
      iii.  OXYCONTIN 60 MG to Enrick Bellosi, March 28, 2010
      iv.  ADDERALL 30 MG to Todd Waters, March 29, 2010
      v     OXYCONTIN 60 MG to Todd Waters, March 29, 2010

20.     A source of information revealed that Grace Bellosi Mitchell sometimes delivers cocaine, methanphetimine, and prescription drugs to her customers.

21.     This quantity of narcotics found in the trunk of the Defendant Honda, the residence at 11520 Southern Maryland Blvd, and the residence at 12120 Dunliegh Court, Dunkirk, Maryland is more than any doctor would medically prescribe within the normal course of medical practice.

22.     Moreover, the prescription drugs found are ones which are widely abused and commonly sold for large profits.

23.     Therefore, the amount of pills recovered and the written scripts found, along with large amounts of cash indicate possession with an intent to distribute.

**WHEREFORE**, plaintiff, the United States of America, prays that all persons who reasonably appear to be potential claimants with interests in the Defendant Property be cited to appear herein and answer the Complaint; that the Defendant Property be forfeited and condemned

to the United States of America; that upon Final Decree of Forfeiture, the United States Marshal dispose of the Defendant Property according to law; and that the plaintiff have such other and further relief as this Court deems proper and just.

Dated:   July 28, 2010.

                          Respectfully submitted,

                          Rod J. Rosenstein
                          UNITED STATES ATTORNEY
                          District of Maryland

By:   _____
       Stefan D. Cassella
       Assistant U.S. Attorney
       36 South Charles Street
       Fourth Floor
       Baltimore, MD 21201
       410 209-4986

## VERIFICATION OF COMPLAINT FOR FORFEITURE

I, David Jacobs, Task Force Agent of the Drug Enforcement Administration have read the Complaint for Forfeiture in this action and state that its contents are true and correct to the best of my knowledge and belief.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

This 26 day of July, 2010.

_____
TASK FORCE OFFICER DAVID JACOBS
DRUG ENFORCEMENT ADMINISTRATION

| | |
|---|---|
| **DATE:** | July 28, 2010 |
| **TO:** | Kristine Cupp   USMS |
| **FROM:** | Alan J. Pfeiffenberger<br>Data Analyst |
| **RE:** | U.S. v. ONE 2009 HONDA ACCORD,VIN 1HGCP36809A021589 and ONE 2003 HUMMER SUV,VIN 5GRGN23U83H120255<br><u>Civil Action No.</u> |
| **CATS ID:** | |

The United States has filed a forfeiture action against **ONE 2009 HONDA ACCORD,VIN 1HGCP36809A021589 and ONE 2003 HUMMER SUV,VIN 5GRGN23U83H120255.** A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at **www.forfeiture.gov** pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER | |
| DEFENDANT<br>ONE 2009 HONDA ACCORD, VIN 1HGCP36809A021589 and ONE 2003 HUMMER SUV, VIN 5GRGN23U83H120255 | | TYPE OF PROCESS<br>Verified Complaint in Rem | |

| SERVE<br>AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | ADDRESS *(Street or RFD, Apartment No., City, State, and ZIP Code)* |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Alan Pfeiffenberger, Data Analyst<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th floor<br>Baltimore, Maryland 21201 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)*

**Arrest property. Fill in the date of arrest in this process receipt and return our copy.**

| Signature of Attorney or other Originator requesting service on behalf of:<br>Alan J. Pfeiffenberger /s/ | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>410-209-4800 | DATE<br>7/28/10 |
|---|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>*(Sign only first USM 285 if more than one USM 285 is submitted)* | Total Process<br>No. | District of Origin<br>No. | District to Serve<br>No. | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above *(See remarks below)*.

| Name and title of individual served *(If not shown above)*. | | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|---|
| Address *(complete only if different than shown above)* | | Date of Service | Time | am<br>pm |
| | | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED     SEND ORIGINAL + 2 COPIES to USMS.     FORM USM 285 (Rev. 12/15/80)

**1. CLERK OF COURT**    2. USMS Record    3. Notice of Service    4. Billing Statement    5. Acknowledgment of Receipt